IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO.4:18MJ06205 |
| Plaintiff | * | |
| -vs- | * | MAGISTRATE JUDGE LIMBERT |
| KEWAN CLARK | * | MOTION REQUESTING STATUS ON SPEEDY TRIAL TO FACILITATE DISCOVERY |
| Defendant | * | |
| * * * | | |

Now comes Defendant Clark, by and through, his undersigned counsel seeking a status hearing on this matter to further facilitate discovery.  Counsel has previously executed a waiver and will further waive time to accomplish discovery.

Wherefore it is our request that this matter be set for status and Mr. Clark be permitted the opportunity to waive speedy trial.

Respectfully submitted,

*/S/ Walter  T Madison*_____
Walter T Madison, 0071722
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
(330) 253-7171
burdon-merlitti@neo.rr.com

PROOF OF SERVICE

    I hereby certify that on August 9, 2019, a copy of the foregoing Motion for Status was electronically filed.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

                                    */S/ Walter T Madison*
                                    WALTER T MADISON
                                    Attorney for Defendant